IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN AUBREY BURNETTE,

    Petitioner,               No. CIV S-08-1087 MCE EFB P

    vs.

USA,

    Respondent.              <u>ORDER</u>

        /

        Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2241. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

        Petitioner was convicted in the Roanoke Division of the Western District of Virginia, but is confined in the Atwater U.S. Penitentiary, which is in the Fresno Division of the Eastern District of California. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the district of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

/////

1  Therefore, the court takes no action on petitioner's application to proceed *in forma*
2  *pauperis*.
3  Accordingly, it is ORDERED that this action is transferred to the United States District
4  Court for the Western District of Virginia. 28 U.S.C. §§ 127(b); 1404(a).
5  So Ordered.
6  Dated: June 3, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE